UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**VANESSA PRESSON**                       **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

**v.**

**REINHAUSEN MANUFACTURING, INC.**

    Defendant.

                                       CASE NO: 16-1307-STA-egb

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation of Voluntary Dismissal With Prejudice entered on May 4, 2017, this cause is hereby dismissed with prejudice.


                                                     APPROVED:


s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 5/4/2017**                          THOMAS M. GOULD
                                                        **Clerk of Court**

                                                     s/Maurice B. BRYSON

                                                   **(By) Deputy Clerk**